IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03459-AP

Barbara Naeve

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1.  **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    <u>For Plaintiff</u>:

    Timothy Quinn
    3515 S. Tamarac Dr., #200
    Denver CO 80237
    303-757-5000
    tjquinn@earthnet.net

    <u>For Defendant</u>:

    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado
    J.B.Garcia@usdoj.gov

    Alexess D. Rea
    Special Assistant United States Attorney
    1961 Stout, Suite 4169
    Denver, Colorado 80294-4003
    303-844-7101
    303-844-0770 (facsimile)
    Alexess.rea@ssa.gov

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed: 12/23/13**

    B.  **Date Complaint Was Served on U.S. Attorney's Office: 12/27/13**

    C.  **Date Answer and Administrative Record Were Filed: 2/24/14**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

*The administrative record is complete.*

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

*Neither party contemplates additional evidence.*

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Neither party contemplates unusual claims or defenses.

**7.     OTHER MATTERS**

*No other matters at this time.*

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:  April 8, 2014**

    **B.     Defendant's Response Brief Due:  May 8, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due:  May 22, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement**.

Plaintiff requests oral argument for the following reasons:  The extensive record of medical evaluation and treatment interacting with SSA regulations and procedures deserves argument.

    **B.     Defendant's Statement:**

Defendant states that oral argument is not necessary.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    **A.     (  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     (x)     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of March, 2014.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Timothy Quinn
Timothy Quinn
3515 S. Tamarac Dr., #200
Denver, CO 80237
Telephone:   303-757-5000
e-mail address:   tjquinn@earthnet.net

Attorney for Plaintiff

By: s/ Alexess D. Rea
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver CO 80294-4003
Telephone: 303-844-7101
e-mail address:   alexess.rea@ssa.gov

Attorneys for Defendant